

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00892-CR

**IN RE** Steven **SUMLIN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: December 12, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On November 26, 2018, relator filed a petition for writ of mandamus and a motion for an emergency stay. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for an emergency stay is also DENIED.

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2018CR1545, styled *Ex parte Steven Charles Sumlin*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Dick Alcala presiding.